■ THE PEOPLE OF THE STATE OF NEW YORK v. DOMINICK POLETTO.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT MURPHY.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DORIS AVIRON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ GIZELLA JONAP v. LESLIE JONAP.—Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ In the Matter of ULYSSES Y. PALEVSKY against HENRY L. McCARTHY, as Commissioner of the Department of Welfare, et al.—Motion to dismiss proceeding granted, with $10 costs, and the petition dismissed. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Batsow, JJ.

■ RICHARD GARDINER, JR., by His Guardian ad Litem, RICHARD GARDINER, et al., v. JACOBS REAL ESTATE CORPORATION.—Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ WEIGLE WHITE et al. v. PROPPER MANUFACTURING COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ KALMAN FINK v. MAX BRINKER et al.—Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

## (December 9, 1958)

■ HIPOLITO L. BASSI, Appellant, v. CITY OF NEW YORK, Respondent.— We are satisfied that the jury's verdict was warranted on the evidence presented. However, our decision is not to be construed as an approval of the manner in which counsel conducted the defense, particularly with respect to his summation. Defense counsel, of course, had every right to vigorously defend his case, but that privilege will not serve to excuse his attempt to discredit — by innuendo and insinuation — opposing counsel. There was no occasion for it in this case. While we believe the jury's verdict would have been the same regardless of what was done, such conduct must be regarded as wholly unwarranted and unnecessary. Judgment unanimously affirmed on the facts, with costs and disbursements to respondent. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ANTHONY BERNARDO, Plaintiff, v. FORDHAM HOISTING EQUIPMENT COMPANY et al., Defendants. FORDHAM HOISTING EQUIPMENT COMPANY, INC., Third-Party Plaintiff-Respondent, v. DONATO & GAGLIANO, INC., Third-Party Defendant-Appellant.— Appeal unanimously dismissed, having become academic by virtue of the decision of this court in Bernardo v. Fordham Hoisting Equip. Co., 6 A D 2d 619. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.